IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ROBERT J. WOELICH, | Case No.: 3:19-cv-01591-LB |
|---|---|
| Plaintiff, | NOTICE OF STIPULATED DISMISSAL OF ACTIONS (FRCP 41(A)) |
| vs. | |
| BOUTIQUE AIR, INC.; DOES 1-10, | |
| Defendants | |

TO THE HONORABLE COURT:

Pursuant to the terms of a Confidential Settlement between the Parties, Plaintiff ROBERT J. WOELICH, and Defendant BOUTIQUE AIR, INC. hereby file a Joint Stipulated Dismissal pursuant to Federal Rules of Civil Procedures §41(a)(1)(A)(ii).

This Stipulation dismisses all actions against all parties without prejudice.

Each side to bear its own costs and fees.

[SIGNATURE PAGE FOLLOWS]

| | |
|---|---|
| 1 | |
| 2 | |
| | Dated this 28th day of May, 2019. |
| 3 | AVIALEX LAW GROUP, LLP |
| 4 | |
| 5 | /s/John T. Van Geffen |
| | John T. Van Geffen (SBN 247084) |
| 6 | 465 California Street, Suite 210 |
| | San Francisco, CA 94104 |
| 7 | Tele: (415) 421-2500 |
| | Fax:  (415) 421-2560 |
| 8 | Email: john@avialex.com |
| 9 | |
| | Attorneys for Plaintiff |

Dated this 28th day of May, 2019.

                                    AVIALEX LAW GROUP, LLP

                                    /s/John T. Van Geffen
                                    John T. Van Geffen (SBN 247084)
                                    465 California Street, Suite 210
                                    San Francisco, CA 94104
                                    Tele: (415) 421-2500
                                    Fax:  (415) 421-2560
                                    Email: john@avialex.com

                                    Attorneys for Plaintiff

Dated:  May 28, 2019                GORDON REES SCULLY MANSUKHANI, LLP


                                    By:    /s/ Brad M. Weintraub
                                           Michael A. Laurenson
                                           Brad M. Weintraub
                                    Attorneys for Defendant
                                    BOUTIQUE AIR, INC.